In the Matter of the Application of LAWRENCE MURPHY for an Order of Peremptory Mandamus against WILLIAM HUTTON, JR., Commissioner of Public Safety of the City of Troy, and JOHN J. HEALY and Others, Civil Service Com-

---

* Affd., 252 N. Y. 602.

missioners of the City of Troy.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.